UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

PFIZER INC.,　　　　　　　　　　　　　　　)
PHARMACIA & UPJOHN COMPANY, and　)
PFIZER HEALTH AB,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Plaintiffs,　　　　 )
　　　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　　　)　　No. 10-3250 (DMC) (JAD)
　　　　　　　　　　　　　　　　　　　　　　)
SANDOZ INC.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Defendant.　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, Plaintiffs Pfizer Inc., Pharmacia & Upjohn Company, and Pfizer Health AB (collectively, "Pfizer") filed this action against Sandoz Inc. ("Sandoz") in connection with Sandoz's submission of Abbreviated Drug Application Number ("ANDA") No. 90-332 to the Food and Drug Administration, which included certifications pursuant to 21 U.S.C. §355(j)(2)(A)(vii)(IV) ("Paragraph IV") with respect to United States Patent Nos. 6,630,162 (the "'162 patent") and 6,770,295 (the "'295 patent");

IT IS HEREBY STIPULATED by Plaintiffs and Sandoz, subject to approval of the Court, that all claims and counterclaims between Plaintiffs and Sandoz are dismissed without prejudice; and

IT IS HEREBY FURTHER STIPULATED by Plaintiffs and Sandoz, subject to approval of the Court, that this Stipulation and Order shall not act as an adjudication on the merits.

Dated: June 6, 2012

**GIBBONS P.C.**

/s/   David E. De Lorenzi
David E. De Lorenzi
Sheila F. McShane
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Of Counsel:*
**WHITE & CASE LLP**
Dimitrios T. Drivas
Jeffrey J. Oelke
Adam Gahtan
James S. Trainor, Jr.
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

*Attorneys for Pfizer Inc., Pharmacia & Upjohn Company LLC, and Pfizer Health AB*

**DUANE MORRIS LLP**

/s Sheila Raftery Wiggins
Sheila Raftery Wiggins
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
(973) 424-2000

*Of Counsel:*
**COZEN O'CONNOR**
Barry Golob
Kerry B. McTigue
W. Blake Coblentz
Aaron Lukas
1627 I Street, N.W. Suite 1100
Washington, DC 20006
(202) 912-4800

*Attorneys for Defendant Sandoz Inc.*

**IT IS HEREBY SO ORDERED.**

Dated: 6/11/12

THE HONORABLE DENNIS M. CAVANAUGH
United States District Judge
District Of New Jersey